STATE OF NEW JERSEY v. DAVID EVERETT COLLINS.

March 25, 1980.

Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF A CHILD BY L. C. AND E. R. C.

March 25, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. JAMES O. SCOTT.

March 25, 1980.

Petition for certification denied.